

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-5-2012

# USA v. Ryan Craig

Precedential or Non-Precedential: Precedential

Docket No. 11-1697

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Ryan Craig" (2012). *2012 Decisions.* Paper 232.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/232

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
September 18, 2012

No. 11-1697

UNITED STATES OF AMERICA

v.

RYAN JAMES CRAIG,
Appellant

(M.D. Pa. No. 1-06-cr-00219-001)

Present:  FUENTES, HARDIMAN and ROTH, Circuit Judges

Motion to Modify and/or Clarify Opinion


Respectfully,
Clerk/JK

_____ORDER_____

The foregoing Motion is GRANTED.    Footnote 2 shall be removed from the Opinion
filed on September 17, 2012.


By the Court,

/s/ Thomas M. Hardiman
Circuit Judge


Dated:  October 5, 2012
JK/cc: Stephen R. Cerutti, II, Esq.
       Tina Schneider, Esq.